# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 12, 2007

131655 & (93)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PAMELA PEREZ,
      Plaintiff-Appellee,

v

                                            SC: 131655
                                            COA: 249737

FORD MOTOR COMPANY and
DANIEL P. BENNETT,
        Defendants-Appellants.
                                            Wayne CC: 01-134649-CL

_____/

        On order of the Court, the Michigan Manufacturers Association's motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the June 6, 2006 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). At oral argument, the parties shall address whether the record submitted to the trial court creates a genuine issue of material fact as to whether defendant Ford was on notice that Daniel Bennett was allegedly sexually harassing the plaintiff. The parties may file supplemental briefs within 42 days of the date of this order, but they should avoid submitting a mere restatement of the arguments made in their application papers.

        WEAVER, J., concurs and states as follows:

        I concur in the order granting oral argument on whether to grant the application for leave to appeal but would *not* limit what issues should be briefed or argued.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 12, 2007

_____
Clerk

t0109